HERNANDES *v.* SIMON et al.

No appellate power belongs to the District Court.

APPEAL from the Third Judicial District.

MURRAY, Chief Justice, delivered the following opinion. HEYDENFELDT, Justice, concurred.

In this case we affirm the dismissal of the appeal by the District Court, because we have decided that no appellate power belongs to it.

Let the costs of this court and the District Court abide the event of the suit.